## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS P.C.
666 Third Avenue, Floor 29
New York, New York 10017
(212) 545-4000
Diane Windholz
Courtney Roach
*Attorneys for Defendant*

| | |
|---|---|
| JENNIFER MCMURRAY, *for herself and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> BREAKING GROUND HOUSING DEVELOPMENT FUND CORPORATION, a/k/a COMMON GROUND COMMUNITY HOUSING DEVELOPMENT FUND CORPORATION, INC., <br><br> Defendant. | **Civil Action No. 1:16-CV-6466** <br><br><br> **DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable the judges of the Court to evaluate possible reasons for disqualification or recusal, the undersigned counsel for Defendant Breaking Ground Housing Development Fund Corporation a/k/a Common Ground Community Housing Development Fund Corporation, Inc. hereby states that it has no parent corporation or any publicly held corporation owning 10 percent or more of its stock.

Respectfully submitted,

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANT*
666 Third Avenue, Floor 29
New York, New York 10017
(212) 545-4000
(212) 972-3213 (Fax)

s/ Diane Windholz

Diane Windholz
Courtney Roach


Dated:  October 31, 2016
        New York, New York

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 31, 2016, I caused to be served Defendant Breaking Ground's Rule 7.1 Disclosure Statement via ECF and email on counsel for the Plaintiff at the following address:

Walker G. Harman, Jr.
Edgar M. Rivera
The Harman Firm, LLP
220 Fifth Avenue, Suite 900
New York, New York 10001
(212) 425-2600
wharman@theharmanfirm.com
erivera@theharmanfirm.com

<u>s/ Courtney Roach</u>
Courtney Roach

4830-9774-7259, v. 1