AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Jennifer McMurray | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 16 CV 6466 |
| Breaking Ground Housing Development Fund Corp. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Jennifer McMurray

Date: 12/22/2016

s/ Edgar M. Rivera
*Attorney's signature*

Edgar M. Rivera [ER-1378]
*Printed name and bar number*

The Harman Firm, LLP
220 Fifth Avenue, Suite 900
New York, NY 10009
*Address*

erivera@theharmanfirm.com
*E-mail address*

(212) 425-2600
*Telephone number*

(212) 202-3926
*FAX number*