Daniels, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2 2 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER MCMURRAY, on behalf of
herself and all others similarly situated,

        Plaintiff,

-against-

BREAKING GROUND HOUSING
DEVELOPMENT FUND
CORPORATION, a/k/a COMMON
GROUND COMMUNITY HOUSING
DEVELOPMENT FUND
CORPORATION, INC.

        Defendant.

Civ. No.:
16 CV 6466 (GBD)

STIPULATION OF DISMISSAL
WITH PREJUDICE

It is hereby stipulated and agreed by and between Plaintiff Jennifer McMurray ("Plaintiff") and Defendant Breaking Ground Housing Development Fund Corporation, a/k/a Common Ground Community Housing Development Fund Corporation, Inc. ("Breaking Ground" or "Defendant"), through their undersigned counsel, who are authorized to enter into this stipulation, that Plaintiff's above action is dismissed in its entirety, with prejudice, and without costs or attorneys' fees awarded to any party.

THE HARMAN FIRM, LLP
220 Fifth Avenue, Suite 900
New York, New York 10001
(212) 425-2600

By: _____
Walker G. Harman, Jr.
Edgar M. Rivera
Attorneys for Plaintiff

Dated: February 10, 2017

JACKSON LEWIS P.C.
666 Third Avenue
New York, New York 10017
(212) 545-4000

By: _____
Diane Windholz
Courtney D. Koach
Attorneys for Defendant

Dated: February 22, 2017

SO ORDERED:

_____
George B. Daniels
U.S.D.J.